J. Paul Gignac, State Bar No. 125676
**ARIAS OZZELLO & GIGNAC** LLP
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile:  (805) 683-7401
Email: j.paul@aogllp.com

Steven S. Derelian, State Bar No. 256054
**LAW OFFICES OF STEVEN S. DERELIAN, ESQ.**
5042 Wilshire Boulevard, Suite 522
Los Angeles, California 90036
Telephone: (323) 954-9030
Email: sarklaw@gmail.com

Eugene Feldman, State Bar No. 118497
**EUGENE FELDMAN ATTORNEY AT LAW, APC**
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254
Telephone: (310) 372-4636
Facsimile:  (310) 376-3531
Email: genefeldman@mindspring.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NADIA ALVAREZ and RACHEL FISHENFELD, residents of the State of California, suing on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>       vs.<br><br>GLOBAL TEL*LINK CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. CV10-6288 RGK (JCx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY NADIA ALVAREZ ONLY**<br><br>[Fed.R.Civ.P. 41(a)(1)]<br><br>Honorable R. Gary Klausner |

1

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY NADIA ALVAREZ ONLY**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, plaintiff Nadia Alvarez ("Plaintiff Alvarez") hereby voluntarily dismisses without prejudice the claims alleged by Plaintiff Alvarez in this action.

Dated: January 6, 2011                    ARIAS OZZELLO & GIGNAC LLP

By:   /s/ J. Paul Gignac
          J. Paul Gignac, Esq.

Attorneys for Plaintiffs

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY NADIA ALVAREZ ONLY**