UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-06288-RGK (JCx) | Date | January 24, 2011 |
|---|---|---|---|
| Title | *ALVAREZ v. GLOBAL TEL LINK CORP.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**        **(IN CHAMBERS)** Order re: Scott Nelson's Motion to Quash Subpoena

On December 23, 2010, non-party witness Scott Nelson filed a Motion to Quash Subpoena. The Subpoena was served on Nelson on December 20, 2010. The document demanded that Nelson appear for deposition and produce specified documents on December 30, 2010. Nelson argues that the terms of the Subpoena are unduly burdensome, overly broad, fail to allow a reasonable time to comply, and are not reasonably calculated to lead to the discovery of admissible evidence. The Court finds that Nelson fails to allege facts or offer relevant arguments to support these conclusory assertions. On the contrary, evidence offered by Defendant in support of its opposition to this motion underscores its legitimate interest in deposing Nelson and obtaining the documents requested.

Therefore, Nelson's Motion to Quash Subpoena is hereby **denied**.

**IT IS SO ORDERED**.

                                                                                                                        :
                                                        Initials of Preparer        slw