J. Paul Gignac, State Bar No. 125676
**ARIAS OZZELLO & GIGNAC** LLP
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401
Email: j.paul@aogllp.com

Eugene Feldman, State Bar No. 118497
**EUGENE FELDMAN ATTORNEY AT LAW, APC**
555 Pier Avenue, Suite 4
Hermosa Beach, California 90254
Telephone: (310) 372-4636
Facsimile: (310) 376-3531
Email: genefeldman@mindspring.com

Attorneys for Plaintiff Rachel Fishenfeld

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NADIA ALVAREZ and RACHEL FISHENFELD, residents of the State of California, suing on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>GLOBAL TEL*LINK CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV10-6288 RGK (JCx)<br><br>**CLASS ACTION**<br><br>**STIPULATION RE DISMISSAL OF CLAIMS BY RACHEL FISHENFELD**<br><br>[Fed.R.Civ.P. 41(a)(1)]<br><br>Honorable R. Gary Klausner |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, plaintiff Rachel Fishenfeld ("Plaintiff Fishenfeld") and defendant Global Tel*Link Corporation, by and through their duly authorized and undersigned counsel, hereby stipulate as follows:

1. The claims alleged by Plaintiff Fishenfeld in this action are dismissed with prejudice; and

2. As a result of this dismissal, the entire action has now been dismissed.

IT IS SO STIPULATED.

Dated: January 31, 2011       ARIAS OZZELLO & GIGNAC LLP

By: /s/ J. Paul Gignac
J. Paul Gignac, Esq.

Attorneys for Plaintiff Rachel Fishenfeld

Dated: January 31, 2011       GREENBERG TRAURIG, LLP

By: _____
Robert J. Herrington, Esq.

Attorneys for Defendant
Global Tel*Link Corporation